United States District Court
Southern District of Texas
**ENTERED**
March 19, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MARIA V. PENA, *et al*, § § Plaintiffs, § VS. § CITY OF RIO GRANDE CITY, TEXAS, *et* § *al*, § § Defendants. § | CIVIL ACTION NO. 7:16-CV-79 |

# FINAL JUDGMENT

For the reasons stated in this Court's order of March 8, 2019[1] Plaintiff's claims against Defendants having been **DISMISSED WITH PREJUDICE**, the Court hereby enters this final judgment.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 18th day of March, 2019.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 48.